IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-68 (WLS-TQL) |
| | : |
| JOHN LESTER TAYLOR, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Presently before the Court is Defendant's Unopposed Motion to Continue Trial in the Interests of Justice, which was filed on February 24, 2023. (Doc. 25.) Therein, Defendant requests that this Court continue the trial of this case from "its currently scheduled date of March 6, 2023." (*Id.*) Defendant requests a continuance as discovery has yet to be provided in this matter, and Defense Counsel therefore requires additional time, first to review any discovery with Defendant and second to determine what investigation or pretrial evidentiary motions, if any, are necessary. (*Id.*)

As an initial matter, Defendant appears to have made a typographical error in his filing, as there is no specially set trial for March 6, 2023. (Doc. 22.) Rather, pursuant to this Court's January 30, 2023, Notice, a Pretrial Conference is scheduled to take place in this matter on March 7, 2023, for a specially set March 27, 2023 trial term. (Doc. 22.) As there are no other specially set dates in March pertaining to this matter, the Court shall presume that Defendant is requesting that the specially set March 27, 2023 trial date be continued to the next available term of Court, based on Defendant's stated reasons. If Defendant objects to this presumption,

Defendant is hereby **ORDERED** to file said objection in writing **within seven (7) days of the entry of this Order**.

Turning next to Defendant's Motion to Continue. (Doc. 25.) Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 25) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division May 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The March 7, 2023 pretrial conference in this matter is **CANCELLED**.

**SO ORDERED**, this 27th day of February 2023.

                                             **/s/ W. Louis Sands**
                                             **W. LOUIS SANDS, SR. JUDGE**
                                             **UNITED STATES DISTRICT COURT**