IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO: 7:22-cr-68 (WLS) |
| : | |
| JOHN LESTER TAYLOR aka : | |
| "Minnie Mike," : | |
| : | |
| Defendant. : | |

## ORDER

On December 15, 2022, Defendant John Lester Taylor, aka Minnie Mike, was indicted by a grand jury in a two (2) count indictment. (Doc. 1.) Count One charged Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) and 18 U.S.C. § 2. (*Id.*) Count Two charged Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) and 18 U.S.C. § 2. (*Id.*)

On March 9, 2023, the Government filed a Motion for Dismissal (Doc. 31) requesting that the Defendant be dismissed from the pending Indictment. The Government states that it "has learned of an [sic] alleged improprieties at the Homerville Police Department involving various officers closely associated with the investigation of this case. These events are under investigation and impact the witness' ability to appear as witnesses [sic] in the federal trial. Therefore, the Government elects to decline prosecution at this time." (*Id.* at 1.)

Accordingly, the Government's Motion for Dismissal (Doc. 31) is **GRANTED**. The Indictment against the Defendant is **DISMISSED** without prejudice.

**SO ORDERED**, this 13th day of March 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**